## STATEMENT OF FACTS

Your affiant is a Special Agent with the Federal Bureau of Investigations ("FBI") assigned to the FBI's Baltimore Division, Wilmington Resident Agency, National Security Squad. In my duties as a special agent, I received extensive training and have experience in the investigations of international and domestic terrorism violations and, among other things, have conducted or participated in surveillances, debriefings of informants, review of taped conversations and records, review of surveillance video footage, and the execution of search and tracking warrants. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As an FBI Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades were in place around the exterior of the Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m., members of the House of Representatives and Senate, including the President of the Senate, Vice President Mike Pence, were instructed to— and did—evacuate the chambers. Accordingly, the joint session of the Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

1

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene, on Body Worn Cameras (BWC) of law enforcement officers of the Washington, D.C. Metro Police Department (MPD), and on CCTV cameras throughout the Capitol building, depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

Photos and videos taken on January 6, 2021 by BWCs of MPD officers at the Capitol grounds, CCTV cameras, and by individuals who posted footage on open-source websites such as Getty Images and YouTube, showed a man wearing a camel-colored tweed coat, red baseball cap, backpack, satchel, and a prominent sign reading "AMERICANPOPULISTPARTY.COM," as shown in Figure 1, on the grounds and inside the Capitol building during the time of these events. These images also showed the same individual assault an MPD officer and grab the officer's baton outside on the Capitol grounds.



*Figure 1*

By reviewing publicly-available registration information for americanpopulistparty.com, agents determined that the website is affiliated with GERALD CHRISTOPHER O'NEILL. The website is also affiliated with the business "GCO Consulting," which has a webpage that includes a photograph of "Chris O'Neill," shown in Figure 2, along with a host of biographical information about O'NEILL. Based on this, agents were able to identify the individual in Figure 1 as O'NEILL, a onetime resident of Delaware born in 1961 who now, according to a family acquaintance and confirmed by travel records, resides in Poland. Travel records indicate that O'NEILL entered the

2

United States from Europe on March 3, 2020 and returned to Poland on April 19, 2021. A family photograph of O'NEILL is shown in Figure 3.


*Figure 2*


*Figure 3*

BWC footage and a Getty Images video show that at around 2:01 p.m. on January 6, 2021, O'NEILL intentionally assaulted a law enforcement officer while that officer was engaged in the performance of his official duties. These videos show that O'NEILL ran toward MPD Officer D.H., grappled with the officer, and grabbed the officer's baton, attempting to wrest the baton out of the officer's grip, as shown in Figures 4 and 5 (taken from D.H's own BWC).


*Figure 4*



*Figure 5*

Moments later, after another individual attacked D.H. and appears to have tackled D.H. to the ground, BWC footage shows that O'NEILL rejoined the crowd facing off with police officers and began yelling an expletive and chanting, "Go home," as shown in Figure 6 (taken from a different nearby officer's BWC).



*Figure 6*

CCTV footage from inside the Capitol building indicates that at approximately 2:23 p.m., O'NEILL entered the Capitol through the Senate Wing Door, as shown in Figure 7. O'NEILL had a cell phone in his hand and appeared to be taking pictures or video. After entering, O'NEILL walked down a hallway toward the rotunda. At approximately 2:36 p.m., O'NEILL was seen exiting the rotunda through one of the interior doors. A minute later, O'NEILL was seen joining a group that began to congregate in front of three law enforcement officers standing in front of a door leading to the exterior. O'NEILL can be seen clapping, smiling, and pushing forward towards the law enforcement officers as rioters forced open the doors behind them. O'NEILL then joined the crowd moving toward the doors, but did not exit the building.



*Figure 7*

CCTV footage and publicly-available images show O'NEILL entered the Rotunda of the Capitol at around 2:42 p.m., as shown at Figure 8.



*Figure 8*

After determining O'NEILL's identity based on his affiliation with the "americanpopulistparty.com" website, agents visited his last known address in Wilmington,

5

Delaware. An individual they encountered near that address reported that he/she was familiar with O'NEILL and several of his close family members. The individual reviewed photographs of O'NEILL taken at the Capitol on January 6, 2021 and identified him as GERALD CHRISTOPHER O'NEILL. The individual confirmed that O'NEILL's mother lived at the Wilmington address, and that O'NEILL had been residing in Poland for the past eight years. The individual displayed to the agents photographs of O'NEILL, including the photograph at Figure 3, which I believe are the same person shown in the Capitol footage described above.

Based on the foregoing, your affiant submits that there is probable cause to believe that O'NEILL violated 18 U.S.C. § 111(a) and (b), which makes it a crime to, assault, resist, oppose, impede, intimidate, or interfere a Federal law enforcement officer, as designated in Section 1114 of Title 18, while engaged in or on account of the performance of official duties, or on account of those duties. Section 1114 specifically lists USCP officers as Federal law enforcement officers. This definition under Section 1114 is further extended to any person assisting such a federal officer or employee in the performance of his or her duties or on account of that assistance. USCP officers are Federal law enforcement officers, and MPD officers were assisting them in protecting the Capitol and the Members of Congress on January 6, 2021.

Your affiant submits there is also probable cause to believe that O'NEILL violated 18 U.S.C. § 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

Your affiant submits further that there is probable cause to believe that O'NEILL violated 18 U.S.C. § 1752(a)(1), (2), and (4), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; (4) knowingly engages in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that O'NEILL violated 40 U.S.C. § 5104(e)(2)(D), (F), and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place

in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; (F) engage in an act of physical violence in the Grounds or any of the Capitol Buildings; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Thomas Marek Szymanski
Special Agent, FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this __9th__ day of November 2021.

_____
HON. Zia M. Faruqui
U.S. MAGISTRATE JUDGE