**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No: 21-mj-00647** |
| | : | |
| **v.** | : | |
| | : | |
| | : | **Filed Under Seal** |
| **GERALD CHRISTOPHER O'NEILL,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**SUPPLEMENTAL AFFIDAVIT OF SPECIAL AGENT IN SUPPORT OF
REQUEST FOR EXTRADITION OF GERALD CHRISTOPHER O'NEILL**

I, Andrew Pudimott, being duly sworn, hereby depose and state:

1.      I am a citizen of the United States living and working in the state of Delaware.

2.      I am a Special Agent with the Federal Bureau of Investigations ("FBI") assigned to the Joint Terrorism Task Force in Wilmington, Delaware.  In my duties as a special agent, I received extensive training and have experience in the investigations of international and domestic terrorism violations and, among other things, have conducted or participated in surveillances, debriefings of informants, review of taped conversations and records, review of surveillance video footage, and the execution of search and tracking warrants.  Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021, among other duties.  As an FBI Special Agent, I am authorized to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws in the United States.

3.      I have been a Special Agent with the FBI since 2009.  Prior to my employment with the FBI, I was employed as a Deputy U.S. Marshal for six years and a U.S. Border Patrol Agent for four years.

4.      My duties as an FBI Special Agent include the investigation of GERALD CHRISTOPHER O'NEILL (hereinafter, "O'NEILL"), who was charged in the District of Columbia in a criminal complaint on November 9, 2021, case number 21-mj-00647, with a series of offenses arising out of his participation in a riot that took place at the United States Capitol on January 6, 2021.   As one of the lead investigators in this matter, I am familiar with the facts and evidence in the investigation involving the criminal activities of O'NEILL.

5.      The information contained in this supplemental affidavit is based, in part, on my personal knowledge and observations during the course of this investigation, information provided to me by other law enforcement agents, and a review of various video and photo evidence, documents, and records.   Additionally, this supplemental affidavit is based on my training and experience as well as that of other law enforcement agents working with me in this investigation.

6.      This affidavit is submitted as a supplement to the affidavit I submitted on March 10, 2022.   Because this is submitted to supplement the information presented there, I have not recited every fact or piece of information I have learned throughout this investigation.   This supplemental affidavit is designed to build on the information already presented and address O'NEILL's conduct on January 6, 2021, and the circumstances that lead me to conclude he has fled the United States for fear of prosecution for his crimes that day.

7.      On January 6, 2021, hundreds of rioters, Gerald Christopher O'NEILL among them, unlawfully broke into the U.S. Capitol Building in an effort to disrupt the peaceful transfer of power after the November 3, 2020 presidential election. Many rioters attacked and injured law enforcement officers, sometimes with dangerous weapons; they terrified congressional staff and others on scene that day, many of whom fled for their safety; and they ransacked this historic building—vandalizing, damaging, and stealing artwork, furniture, and other property.   The

2

violent attack on the Capitol forced an interruption of the certification of the 2020 Electoral College vote count, threatened the peaceful transfer of power after the 2020 Presidential election, and injured more than one hundred law enforcement officers.

8.      The West side of the Capitol building was the heart of the battle and involved a great deal of violence, chaos, and destruction.    Police officers assigned to respond to the West side of the building were met with vicious attacks from thousands of rioters, none of whom were permitted to be on the restricted grounds at the time.    At approximately 2:00 PM, a platoon of approximately 35 to 40 police officers from the District of Columbia Metropolitan Police Department were deployed to the West side to assist fellow police officers in their attempt to keep the rioters back and protect the Capitol building and its occupants.    One of these officers, identified as Officer "D.H.," recalled that he and a group of other police officers were surrounded by the mob and separated from the rest of their platoon.    Officer D.H. found himself encircled by the crowd.    The crowd yelled at the police, and called them "traitors" and "cowards."    Officer D.H. tried to break through the crowd but saw that several people were assaulting his fellow officers, so he turned back.    As he was trying to help his fellow officers, he recalled that someone came at him from the side and tried to grab his baton away from him.    Then he was taken to the ground and kicked in the chest.    As he was on the ground, surrounded by a violent and angry crowd, Officer D.H. knew he would not find backup from his fellow officers because they were also under attack.

9.      Body worn camera footage acquired from the Metropolitan Police Department, including cameras worn by Officer D.H. and other officers nearby, shows that it was O'NEILL who tried to grab Officer D.H.'s baton.    At approximately 2:01:44 PM on January 6, 2021, video footage shows that O'NEILL intentionally assaulted, resisted, opposed, impeded, intimidated, and

interfered with Officer D.H., a uniformed member of the D.C. Metropolitan Police Department, while Officer D.H. was engaged in the performance of official duties. O'NEILL forcibly ran toward Officer D.H. and grabbed his police baton, which is a deadly and dangerous weapon. O'NEILL attempted to forcibly remove the baton from Officer D.H.'s hands. As O'NEILL grabbed the baton, he closed his fist around it, interfering with Officer D.H.'s control over the weapon.

**Body Worn Camera photo of O'NEILL as he attempted to take the Officer's baton.**



**Body Worn Camera photo of O'NEILL as he attempted to take the Officer's baton.**



10.     Approximately 30 seconds after O'NEILL failed to disarm Officer D.H., another rioter, Patrick MONTGOMERY, also attempted to disarm Officer D.H.   Although there is no evidence that MONTGOMERY associated with O'NEILL before January 6, 2021, the two men were standing together that afternoon on the restricted grounds of the U.S. Capitol, and both were part of the mob that had occupied the restricted area without permission and interfered with police. MONTGOMERY, likely inspired by O'NEILL, wrestled for control of the officer's baton, fought with the officer on the ground and then kicked the officer in the chest.   MONTGOMERY has been arrested and charged for this offense and is awaiting trial.

**Body Worn Camera Photo of MONTGOMERY wrestling for control of the officer's baton.**



**Body Worn Camera photo from another officer showing MONTGOMERY on the ground, his hand of the officer's baton and O'NEILL (circled) in the background.**



**Body Worn Camera photo depicting MONTGOMERY as he kicked the officer in the chest.**



**Photo depicting O'NEILL (circled in red) and MONTGOMERY (circled in green) after both assaulted the same officer, as MONTGOMERY makes an offensive gesture.**



11.     During the course of the events on January 6, 2022, the officer who was first assaulted by O'NEILL, was repeatedly assaulted by members of the mob at the United States Capitol.   He was hit in the head by flying objects, punched, kicked and eventually he was crushed inside of a doorway by violent rioters.   At times, this officer and fellow officers from his platoon, were completely isolated from other officers and surrounded by the mob.   These officers fought their way through the mob to eventually help secure the United States Capitol building, and, in doing so, the officer who was assaulted by O'NEILL sustained injuries to his head, neck and body. While O'NEILL did not himself punch or kick this officer, he was the first person to physically touch the officer and likely inspired others, like Patrick MONTGOMERY, to do the same.

12.     O'NEILL can be identified by the following:

Gerald Christopher O'NEILL, also known as Chris
DOB 04/23/1961
United State Passport # 531199152
Republic of Ireland Passport # PU2296486
PESEL # 61042319594
Address: Ulica Slupeck 8/1, 02-309, Apartment 1, Warsaw, 6 Poland.   Last observed at that address on 04/29/2022
White Male, 6'2", Weight 190 lbs

13.     O'NEILL can be identified by the following photos.   O'NEILL has been known to change his appearance in a likely attempt to evade law enforcement's efforts to locate him for arrest and prosecution.   On January 6, 2021, he can be seen in footage from the U.S. Capitol with a clean-shaven face.   Just three months later on April 9, 2021, however, he had his driver's license photo taken and he displayed a full beard.   This identification photo was taken just ten days prior to O'NEILL's escape to Poland.   Based on the timing of these events, I believe O'NEILL grew a new beard, likely in an attempt to change his appearance for the purpose of evading law enforcement as he departed the country.

8

**Photo of O'NEILL inside of U.S. Capitol Building on January 6, 2021**



**Photo of O'NEILL, taken April 9, 2021, by the State of Delaware, for his driver's license**



14.    According to information provided to the FBI by a close family member of O'NEILL's, O'NEILL frequently travels to the United States to visit family.   His mother is more than 90 years old and suffers from dementia.   O'NEILL has traveled from Poland at least once per year to the United States between 2010 and 2020, sometimes for extended periods of time. Travel records show that O'NEILL used his United States passport to enter and depart the United States nearly every time he entered and departed.[1]

15.    O'NEILL's close family member reported that O'NEILL is aware that he is wanted by the FBI.

16.    Despite O'NEILL's regular pattern of travelling to the United States, travel records show that he left the United States on April 19, 2021, and has not returned since.   Furthermore, O'NEILL used his Irish passport—rather than his United States passport—to depart the United States on April 19, 2021.   Based on the change in pattern and the timing of this trip in relation to his offense on January 6, 2021, I believe he traveled with an Irish passport and a new beard in an attempt to avoid being detected by U.S. law enforcement officials as he fled to Poland.

17.    O'NEILL was a prominent participant in the rioting that occurred at the United States Capitol on January 6, 2021.   Throughout the day, O'NEILL wore a large sign attached to him which read "americanpopulistparty.com" and was elevated several inches above his head.

---

[1] In the 40 occasions since 2010 where O'NEILL presented a passport to United States officials upon entry or exit to/from the United States, he has only presented anything other than a United States Passport to officials from the United States Department of Homeland Security on two occasions.   On 12/15/2015, he presented Irish Passport PS2049028 to officials when he departed the airport at Newark, New Jersey on a flight to Frankfurt, Germany.   On 04/19/2021, he presented Irish Passport PU2296486 to officials when he departed the John F. Kennedy airport in New York on a flight to Warsaw, Poland.

This sign made O'NEILL very noticeable in many of the thousands of photos and videos taken that day.

18.    In the days and weeks following January 6, 2021, the FBI solicited help from the general public in identifying the perpetrators of the violence.  News reports suggested that individuals present inside the U.S. Capitol building, and individuals who committed acts of violence or aggression against the police officers protecting the Capitol, would be prosecuted. Based on this, it was commonly understood that individuals who participated in the January 6, 2021, riot would face arrest and criminal prosecution.  I believe O'NEILL, like all the other individuals who committed offenses that day, would have been aware that he and the other rioters were wanted by the FBI.  Particularly because of O'NEILL's prominent sign and distinctive clothing, I believe he was aware that he would likely be identified by law enforcement and subject to criminal penalties, including possible jail.  Based on this, although the FBI had not yet identified O'NEILL when he fled the United States,[2] I believe he likely took action to leave the jurisdiction of the United States to avoid prosecution.

19.    Based on my investigation, I am aware that hundreds of people throughout the country have been arrested for offenses arising out of the Capitol riot on January 6, 2021.   In many of those cases, the FBI sought and obtained warrants to search a defendant's cellular telephone at the time of the defendants' arrest, often occurring many months after January 6, 2021. Frequently, defendants charged in connection with the Capitol riot have kept cellular telephones

---

[2] On 08/13/2021, an anonymous tipster contacted the FBI to report that they had seen television footage of O'NEILL at the United States Capitol on 01/06/2021. The tipster specifically referenced that they knew O'NEILL, had recognized him through television coverage, knew that he resided in Poland, knew that he possessed multiple passports and told the FBI he was the person in the crowd who wore the sign "americanpopulistparty.com."   It was through this information that the FBI initiated their investigation into O'NEILL.

and other digital devices that they used at the Capitol and, on such devices, have retained evidence related to the Capitol riot.   I am aware of several searches of digital devices the FBI has conducted in the past several months in which the FBI recovered a digital device that contained evidence related to the January 6, 2021 Capitol riot.   Furthermore, O'NEILL was observed inside the the U.S. Capitol building using a cellular device as he appeared to take photographs.   At one point, he handed his cellular device to another male, and that male appeared to take a photograph of O'NEILL using O'NEILL's cellular device.

20.    I know from my training and experience that cell phone users typically store photos, videos, text messages, social media communications, and other similar content on their cell phones, and that even if they upgrade or switch phones, cell phone users nearly always copy this data from one phone to the next, to keep this material close at hand.   Even users who attempt to delete these files are often unsuccessful.   For example, I am aware that the FBI has recovered photos and videos from defendants who participated in the riots at the U.S. Capitol and attempted, unsuccessfully, to delete those records before the FBI obtained and searched their cell phones.   In one instance, in June 2022, in the Northern District of Illinois, the FBI searched the cell phones belonging to two co-defendants and found photos and videos taken at the U.S. Capitol and grounds, as well as text messages, emails, and other relevant evidence relating to their crimes.   In October 2022, both co-defendants reported to the FBI that they had deleted these files from their phones in the days after January 6, 2021.   Based on this, I believe O'NEILL's cell phone will likely contain evidence including files—or deleted remnants of files that can nevertheless be recovered—relating to his participation in the riot on January 6, 2021, his travel to and from Washington, D.C. for the

events, and his communication with others, including his close family members, about his flight from prosecution.

Respectfully submitted,

_____
ANDREW PUDIMOTT
Special Agent
Federal Bureau of Investigation


Sworn to and affirmed by telephone on November 21, 2022.


_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE