UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 21-MJ-647 (ZMF) |
| GERALD CHRISTOPHER O'NEILL, | : | **FILED UNDER SEAL** |
| Defendant. | : | |

## ORDER

Pursuant to the motion filed by the United States, ECF 10, it is hereby ordered that the Motion to Dismiss the Complaint pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 14th day of February, 2025.

_____
HONORABLE ZIA M. FARUQUI  J. Boasberg
UNITED STATES MAGISTRATE JUDGE